IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| VINCENT B. FRIEMEL, | § § § | |
| Petitioner, | § § | |
| v. | § § | 2:10-CV-0282 |
| RICK THALER, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § | |
| Respondent. | § § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION and DENYING PETITIONER'S MOTION TO RECONSIDER DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a motion to reconsider the dismissal of his federal habeas corpus petition. On September 5, 2012, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the motion be denied. As of this date, no objections to the Magistrate Judge's Report and Recommendation have been filed of record.

Having made an independent examination of the record in this case, the undersigned United States District Judge is of the opinion the Magistrate Judge's Report and Recommendation should be, and hereby is, ADOPTED. Accordingly, the Motion to Reconsider filed by petitioner is hereby DENIED.

IT IS SO ORDERED.

ENTERED this 24th day of September, 2012.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE